The Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEMOND LAVELLE BABB, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TACOMA, a Washington Municipal Corporation; "JOHN DOES 1-2" and "JANE DOES 1-2", husbands and wives; CITY OF FIFE, a Washington Municipal Corporation; "JOHN DOES 3-7" and "JANE DOES 3-7", husbands and wives; SOUTH CORRECTIONAL ENTITY, a Washington Municipal Corporation; and "JOHN DOES 8-15" and "JANE DOES 8-15", husbands and wives,<br><br>Defendants. | NO. 3:18-cv-05215-RJB<br><br>NOTICE OF UNAVAILABILITY |

PLEASE TAKE NOTICE that Michele C. Atkins, lead counsel for defendants South Correctional Entity and John Does 8-15 and Jane Does 8-15, will be unavailable to respond to motions or discovery, or participate in depositions, hearings, or other formal actions from August 9 through August 23, 2019.

Defendants request that no matter in the above-entitled case be noted between said

//

NOTICE OF UNAVAILABILITY (3:18-cv-05215) - 1

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

dates or immediately thereafter so as to preclude adequate preparation.

DATED this 6th day of June, 2019.

                FAIN ANDERSON VANDERHOEF
                ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: s/ *Michele C. Atkins*
    Michele C. Atkins, WSBA No. 32435
    Chad W. Beck, WSBA No. 45773
    Attorneys for Defendants South Correctional
    Entity and John Does 8-15 and Jane Does 8-15

NOTICE OF UNAVAILABILITY (3:18-cv-05215) - 2

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing **NOTICE OF UNAVAILABILITY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| *Counsel for Plaintiff*<br>Deola Lebron, WSBA #41290<br>Lebron Law Group<br>3615 Steilacoom Boulevard, Suite 301<br>Lakewood, WA 98499<br>(253) 589-0909<br>deola@lebronlawgroup.com | ☐ Regular U.S. Mail<br>☐ Facsimile (360) 782-4358<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
| *Counsel for Defendant SCORE and John Does 8-15*<br>Matthew J. Segal, WSBA #29797<br>Pacifica Law Group LLP<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 245-1700<br>matthew.segal@pacificalawgroup.com | ☐ Regular U.S. Mail<br>☐ Facsimile (425) 259-5994<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
| *Counsel for Defendant SCORE*<br>Stewart A. Estes, WSBA #15535<br>Keating, Bucklin & McCormack, Inc., P.S.<br>800 Fifth Avenue, Suite 4141<br>Seattle, WA 98104<br>(206) 623-8861<br>sestes@kbmlawyers.com | ☐ Regular U.S. Mail<br>☐ Facsimile (425) 259-5994<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |

Signed at Seattle, Washington this 6th day of June, 2019.

s/ *Kerry L. Mays*
Kerry L. Mays, Legal Assistant

NOTICE OF UNAVAILABILITY (3:18-cv-05215) - 3

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 · f. 206-749-0194