Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DEMOND LAVELLE BABB, a single person,<br><br>   Plaintiff,<br><br>  vs.<br><br>CITY OF TACOMA, a Washington Municipal Corporation; "JOHN DOES 1-2" and "JANE DOES 1-2", husbands and wives; CITY OF FIFE, a Washington Municipal Corporation; "JOHN DOES 3-7" and "JANE DOES 3-7", husbands and wives; SOUTH CORRECTIONAL ENTITY, a Washington Municipal Corporation; and "JOHN DOES 8-15" and "JANE DOES 8-15", husbands and wives,<br><br>   Defendants. | No. 3:18-cv-05215-RJB<br><br>STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>[CLERK'S ACTION REQUESTED] |

## I. STIPULATION

1. This Stipulation and Proposed Order for withdrawal and substitution of counsel is being submitted pursuant to LCR 83.2(b)(1).

2. This stipulation applies to representation of parties in the above-captioned case.

3. All parties, through their respective undersigned counsel, stipulate and agree that attorney Michele C. Atkins and Chad W. Beck of the law firm of Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC should hereinafter be the attorneys that represent

---

STIPULATION AND ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
3:18-cv-05215-RJB
babb 18-5215 stip sub counsel ordeer.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Defendants South Correctional Entity and John Does 8-15 and Jane Does 8-15 in the above-captioned case.

4. All parties, through their respective undersigned counsel, stipulate and agree that attorneys Craig McIvor and Kathryn Childers of the law firm of Lee Smart, P.S., Inc. should be permitted to withdraw from representing Defendants South Correctional Entity and John Does 8-15 and Jane Does 8-15 in the above-captioned case, and that such withdrawal should take effect on immediately.

DATED this 14th day of June, 2019.

DATED:

LEE SMART, P.S., INC.

By: s /_____
   Craig L. McIvor, WSBA No. 12745

By: s /_____
   Kathryn Childers, WSBA No. 45231
   Of Attorneys for Defendants South Correctional Entity and John Does 8-15 and Jane Does 8-15
   Lee Smart, P.S., Inc.
   701 Pike Street, Suite 1800
   Seattle, WA  98101
   Phone:  (206) 624-7990
   Fax: (206) 624-5944
   E-mail:  clmc@leesmart.com
   E-mail:  kc@leesmart.com

DATED:

LEBRON LAW GROUP

By: __s/_____
   Deola Lebron, WSBA No. 41290

DATED:

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: __s/_____
   Michele C. Atkins, WSBA No. 32435

By: __s/_____
   Chad W. Beck, WSBA No. 45773
   Substituting Attorneys for Defendant Defendants South Correctional Entity and John Does 8-15 and Jane Does 8-15
   701 5th Ave Ste 4750
   Seattle, WA 98104-7089
   Ph:  (206) 749-0094
   Fax: (206) 749-0194
   E-mail:  michele@favros.com
   E-mail:  chad@favros.com

DATED:

PACIFICA LAW GROUP LLP

By: __email consent_____

STIPULATION AND ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 2
3:18-cv-05215-RJB
babb 18-5215 stip sub counsel ordeer.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| Attorney for Plaintiff<br>3615 Steilacoom Boulevard, Suite 301<br>Lakewood, WA 98499-4580<br>Phone (253) 589-0909<br>Fax (253) 267-0626<br>E-mail deola@lebronlawgroup.com | Matthew J. Segal, WSBA No. 29797<br>Attorneys for Defendant SCORE and John Does 8-15<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Phone (206) 245-1700<br>Fax (206) 245-1750<br>E-mail Matthew.Segal@PacificaLawGroup.com |

DATED:

KEATING, BUCKLIN &
MCCORMACK, INC., P.S.


By:__email consent_____
    Stewart A. Estes, WSBA No. 15535
    Associated Counsel for Defendant SCORE
    800 Fifth Avenue, Suite 4141
    Seattle, WA 98104-3175
    Main (206) 623-8861
    Fax (206) 223-9423
    Email sestes@kbmlawyers.com

## II.  ORDER

THIS MATTER, having come before the Court on the parties' Stipulation for Withdrawal and Substitution of Counsel, and the Court being fully advised in the premises, now, therefore, it is ORDERED that:

1. Michele C. Atkins and Chad W. Beck of the law firm of Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC should hereinafter be the attorneys that represent Defendants South Correctional Entity and John Does 8-15 and Jane Does 8-15 in the three above-captioned case.

2. Attorneys Craig McIvor and Kathryn Childers of the law firm of Lee Smart, P.S., Inc. should be permitted to withdraw from representing Defendants South Correctional

STIPULATION AND ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 3
3:18-cv-05215-RJB
babb 18-5215 stip sub counsel ordeer.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Entity and John Does 8-15 and Jane Does 8-15 in the above-captioned cases, and that such withdrawal should take effect on immediately.

The Clerk shall immediately amend the docket to reflect the changes in representation specified above.

IT IS SO ORDERED.

ENTERED this 21st day of June, 2019.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER OF WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 4
3:18-cv-05215-RJB
babb 18-5215 stip sub counsel ordeer.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944