THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEMOND LAVELLE BABB, a single person,<br><br>                          Plaintiff,<br>v.<br><br>CITY OF TACOMA, a Washington Municipal Corporation; "JOHN DOES 1-2" and, "JANE DOES 1-2", husbands and wives; CITY OF FIFE, a Washington Municipal Corporation; "JOHN DOES 3-7" and, "JANE DOES 3-7", husbands and wives; SOUTH CORRECTIONAL ENTITY, a Washington Municipal Corporation; and "JOHN DOES 8-15" and "JANE DOES 8-15", husbands and wives,<br><br>                          Defendants. | No. 3:18-CV-05215-RJB<br><br>NOTICE OF SETTLEMENT; STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED that an order may be entered herein dismissing the above-entitled action, with prejudice and without costs, and without notice of presentation of this order, for the reason that the same has been settled and the settlement is reasonable.

*STIPULATION AND ORDER OF DISMISSAL*

LEBRON LAW GROUP PLLC
3615 STEILACOOM BLVD SUITE 301
LAKEWOOD, WA 98499
TEL (253)589-0909 FAX (253)267-0626

1

2  Dated this 5th day of August, 2019.

3

4  _____
   **Deola Lebron WSBA 41290**
   *Attorney for Plaintiff*

5

   _____ for
   **Michele Atkins WSBA 32435**
   *Attorney for Defendants*
   South Correctional Entity and
   John Does 8-15 and Jane Does 8-15

6

7

   _____
   **Monica Cadagan WSBA 48781**
   *Attorney for Defendant*
   South Correctional Entity and
   John Does 8-15 and Jane Does 8-15

8

9

10

11

   _____
   **Stewart A. Estes WSBA 15535**
   *Attorney for Defendant*
   South Correctional Entity

12

13

14

15

   _____
   **Matthew Segal WSBA 29797**
   *Attorney for Defendant*
   South Correctional Entity and
   John Does 8-15 and Jane Does 8-15

16

17

18

19

20

21

22

23

24

*STIPULATION AND ORDER OF DISMISSAL*

LEBRON LAW GROUP PLLC
3615 STEILACOOM BLVD SUITE 301
LAKEWOOD, WA 98499
TEL (253)589-0909 FAX (253)267-0626

# ORDER

It appearing to the Court from the foregoing Stipulation that the above-entitled action should be dismissed, with prejudice, it is by the Court

ORDERED that the above entitled action be, and the same is hereby dismissed with prejudice.

DATED this _____ day of September, 2019.

THE HONORABLE ROBERT J. BRYAN

_____
**Deola Lebron WSBA 41290**
*Attorney for Plaintiff*

_____
**Michele Atkins WSBA 32435**
*Attorney for Defendants*
South Correctional Entity and
John Does 8-15 and Jane Does 8-15

_____
**Stewart A. Estes WSBA 15535**
*Attorney for Defendant*
South Correctional Entity

_____
**Monica Cadagan WSBA 48781**
*Attorney for Defendant*
South Correctional Entity and
John Does 8-15 and Jane Does 8-15

_____
**Matthew Segal WSBA 29797**
*Attorney for Defendant*
South Correctional Entity and
John Does 8-15 and Jane Does 8-15

*STIPULATION AND ORDER OF DISMISSAL*

LEBRON LAW GROUP PLLC
3615 STEILACOOM BLVD SUITE 301
LAKEWOOD, WA 98499
TEL (253)589-0909 FAX (253)267-0626

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing STIPULATION AND ORDER FOR DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| **Counsel for Defendant SCORE and John Does 8-15**<br>Michele Atkins WSBA\| 32435<br>Monica Cadagan WSBA\| 48781<br>Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC<br>701 Fifth Ave, Suite 4750<br>Seattle, WA 98104<br>(206)749-0094<br>Michele@favros.com<br>monica@favros.com | ☐ Regular U.S. Mail<br>☐ Facsimile (425) 259-5994<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
| **Counsel for Defendant SCORE and John Does 8-15**<br>Matthew J. Segal, WSBA #29797<br>Pacifica Law Group LLP<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 245-1700<br>matthew.segal@pacificalawgroup.com | ☐ Regular U.S. Mail<br>☐ Facsimile (425) 259-5994<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
| **Counsel for Defendant SCORE**<br>Stewart A. Estes, WSBA #15535<br>Keating, Bucklin & McCormack, Inc., P.S.<br>800 Fifth Avenue, Suite 4141<br>Seattle, WA 98104<br>(206) 623-8861<br>sestes@kbmlawyers.com | ☐ Regular U.S. Mail<br>☐ Facsimile (425) 259-5994<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |

Signed at Seattle, Washington this 5TH day of September, 2019.

_____
Sylvia Kim, Paralegal to Deola Lebron