THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEMOND LAVELLE BABB, a single person,

Plaintiff,

v.

CITY OF TACOMA, a Washington Municipal Corporation; "JOHN DOES 1-2" and, "JANE DOES 1-2", husbands and wives; CITY OF FIFE, a Washington Municipal Corporation; "JOHN DOES 3-7" and, "JANE DOES 3-7", husbands and wives; SOUTH CORRECTIONAL ENTITY, a Washington Municipal Corporation; and "JOHN DOES 8-15" and "JANE DOES 8-15", husbands and wives,

Defendants.

No. 3:18-CV-05215-RJB

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that an order may be entered herein dismissing the above-entitled action, with prejudice and without costs, and without notice of presentation of this order, for the reason that the same has been settled and the settlement is reasonable.

STIPULATION AND ORDER OF DISMISSAL

LEBRON LAW GROUP PLLC
3615 STEILACOOM BLVD SUITE 301
LAKEWOOD, WA 98499
TEL (253)589-0909 FAX (253)267-0626

Dated this 5th day of August, 2019.

| | |
|---|---|
| _____ <br> **Deola Lebron WSBA 41290** <br> *Attorney for Plaintiff* | /s_____ <br> **Michele Atkins WSBA 32435** <br> *Attorney for Defendants* <br> South Correctional Entity and <br> John Does 8-15 and Jane Does 8-15 |
| | /s_____ <br> **Monica Cadagan WSBA 48781** <br> *Attorney for Defendant* <br> South Correctional Entity and <br> John Does 8-15 and Jane Does 8-15 |
| | /s_____ <br> **Stewart A. Estes WSBA 15535** <br> *Attorney for Defendant* <br> South Correctional Entity |
| | _____ <br> **Matthew Segal WSBA 29797** <br> *Attorney for Defendant* <br> South Correctional Entity and <br> John Does 8-15 and Jane Does 8-15 |

# ORDER

It appearing to the Court from the foregoing Stipulation that the above-entitled action should be dismissed, with prejudice, it is by the Court

ORDERED that the above entitled action be, and the same is hereby dismissed with prejudice.

DATED this 6th day of September, 2019.

_____
ROBERT J. BRYAN
United States District Judge


_____
**Deola Lebron WSBA 41290**
*Attorney for Plaintiff*

/s_____
**Michele Atkins WSBA 32435**
*Attorney for Defendants*
South Correctional Entity and
John Does 8-15 and Jane Does 8-15

/s_____
**Stewart A. Estes WSBA 15535**
*Attorney for Defendant*
South Correctional Entity

/s_____
**Monica Cadagan WSBA 48781**
*Attorney for Defendant*
South Correctional Entity and
John Does 8-15 and Jane Does 8-15

_____
**Matthew Segal WSBA 29797**
*Attorney for Defendant*
South Correctional Entity and
John Does 8-15 and Jane Does 8-15